Opinion issued June 29, 2006










In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-05-01087-CR

____________


IN RE CURTIS RANDLE, Relator






Original Proceeding on Petition for Writ of Habeas Corpus







MEMORANDUM OPINION

 Relator, Curtis Randle, petitions this Court for a writ of corum nobis. We
construe his writ as a post-conviction writ of habeas corpus under Tex. Code Crim.
Proc. Ann. art. 11.07 (Vernon Supp. 2005). This Court has no jurisdiction to hear
a post-conviction application for writ of habeas corpus in felony cases. See Board of
Pardons & Paroles ex rel. Keene v. Court of Appeals for the Eighth District, 910
S.W.2d 481, 483 (Tex. Crim. App. 1995).

 Accordingly, we dismiss relator's application for writ of habeas corpus for
want of jurisdiction. All requested relief is denied.

 It is so ORDERED.

PER CURIAM

Panel consists of Justices Jennings, Hanks, and Higley.

Do not publish. Tex. R. App. P. 47.2(b).